**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WATCH YO MOUTH, LLC, | Case No. 3:17-cv-00717-AET-LHG |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| DENBIGH AND ASSOCIATES, LLC, d/b/a SKYLER INNOVATIONS, and PETER DENBIGH, | *(Document Filed Electronically)* |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between the parties, by and through their respective attorneys, as follows:

1. That Plaintiff hereby voluntary dismisses this action against the Defendants, subject to the terms of the confidential settlement agreement between the parties.

2. That each party shall bear its own costs, including but not limited to attorney fees, related to this action.

Dated: June 13, 2017                              Respectfully submitted,

                                **OLENDERFELDMAN LLP**

*Attorneys for Plaintiff*
*Watch Yo Mouth, LLC*

*/s/ Michael J. Feldman*
Michael Feldman (MF 7889)
Christian J. Jensen (CJ 6100)
422 Morris Avenue
Summit, New Jersey 07901


**FOX ROTHSCHILD LLP**

*Attorneys for Defendants*
*Denbigh and Associates, LLC*
*and Peter Denbigh*

/christopher r. kinkade/
Christopher R. Kinkade
Karen A. Confoy
Cali R. Spota
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648
Telephone: (609) 896-3600
Facsimile: (609) 896-1469

Of Counsel:

Royal W. Craig
Emily R. Billig
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
100 Light Street
Baltimore, MD 21202
Telephone: (410) 685-1120
Facsimile: (410) 547-0699